UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:   Jacqueline Whitfield            )
                                          )    Case No.
                                          )    Chapter 13
SSN: XXX-XX- 4111                         )    Hearing Date:
                                          )    Hearing Loc:
                                          )
Debtors

**CHAPTER 13 PLAN**

| 1.1 | A limit on the dollar amount of a secured claim, which may result in a partial payment or no payment at all to the secured creditor. | ___ Included<br>_X_ Not Included |
|-----|-------------------------------------------------------------------------------------------------------------------------------------|----------------------------------|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest. | ___ Included<br>_X_ Not Included |
| 1.3 | Nonstandard provisions set out in Part 5. | _x__ Included<br>___ Not Included |

**Part 1.        NOTICES**

**TO DEBTORS:** This form sets out options that may be appropriate in some cases, but the presence of an option does not indicate that the option is appropriate in your circumstances or that it is permissible in the Eastern District of Missouri. **Plans that do not comply with local rules and judicial rulings may not be confirmable.**

**TO CREDITORS:** Your rights may be affected by this plan. **Your claim may be reduced, modified, or eliminated.** You should read this plan carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you oppose the plan's treatment, you or your attorney must file an objection to confirmation in accordance with the Eastern District of Missouri Local Bankruptcy Rule 3015. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. **YOU MUST FILE A TIMELY PROOF OF CLAIM IN ORDER TO PARTICIPATE IN DISBURSEMENTS PROPOSED IN THE PLAN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM.**

**Part 2.        PLAN PAYMENTS AND LENGTH OF PLAN**

2.1   **Plan Payments**.  **Debtor is to make regular payments to the Chapter 13 Trustee as follows:  (complete one of the following payment options)**

   (A)  $___670_____ per month for _60_____ months.

1

(B) $_____ per month for _____ months, then $_____ per month for _____ months, then $_____ per month for _____ months.

(C) A total of $_____ through _____, then $_____ per month for _____ months beginning with the payment due in _____, 20____.

2.2    **Tax Refunds**. Within fourteen days after filing federal and state income tax returns, Debtor shall provide the Chapter 13 Trustee with a copy of each return required to be filed during the life of the plan.  The Debtor shall send any tax refund received during the pendency of the Chapter 13 case to the Trustee; however, Debtor may retain a portion of a tax refund to pay income taxes owed to any taxing authority for the same period as the refund. Debtor may also retain $1,250 for single filers or $1,500 for joint filers and refundable tax credits consisting of Earned Income Credit (EIC) and Additional Child Tax Credit, each year.

2.3    **Additional Lump Sums**. Debtor shall send additional lump sum(s) consisting of _____, if any, to be paid to the Trustee.

**Part 3.    DISBURSEMENTS**

Creditors shall be paid in the following order and in the following fashion. Unless stated otherwise, the Chapter 13 Trustee will make the payments to creditors.  All disbursements by the Trustee will be made pro-rata by class, except per month disbursements described below. However, if there are funds available after payment of equal monthly payments in paragraph 3.5 and fees in paragraph 3.6, those funds may be distributed again to those same paragraphs until paid in full before distributing to the next highest paragraphs:

3.1    **Trustee**.   Pay Trustee a percentage fee as allowed by law.

3.2    **Executory Contract/Lease Arrearages**. Trustee will cure pre-petition arrearage on any executory contract accepted in paragraphs 3.3(A) or (B) over the following period, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD (6 months or less) |
|---|---|---|
|  |  |  |

3.3    **Pay the following sub-paragraphs concurrently:**

(A) **Post-petition real property lease payments**. Debtor assumes executory contract for real property with the following creditor(s) and proposes to maintain payments (which the Debtor shall pay) in accordance with terms of the original contract as follows:

| CREDITOR NAME | MONTHLY PAYMENT |
|---|---|

2

(B) **Post-petition personal property lease payments**. Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments (which the Trustee shall pay) in accordance with terms of the original contract as follows:

| CREDITOR NAME | MONTHLY PAYMENT | EST MONTHS REMAINING |
|---|---|---|
| | | |

(C) **Continuing Debt Payments (including post-petition mortgage payments on real estate, other than Debtor's residence.)** Maintain payments of the following continuing debt(s) in accordance with terms of the original contract with any arrearages owed at the time of filing to be cured in paragraph 3.5(A). Trustee shall make payments in the amount listed below or as adjusted by the creditor under terms of the loan agreement.

| CREDITOR NAME | MONTHLY PAYMENT |
|---|---|
| | |

(D) **Post-petition mortgage payments on Debtor's residence.** Payments due post-filing on debt(s) secured by lien(s) on Debtor(s) residence shall be paid at the monthly amount listed below (or as adjusted by creditor under terms of loan agreement) to:

| CREDITOR NAME | MONTHLY PAYMENT | BY DEBTOR/TRUSTEE |
|---|---|---|
| Selene Finance | $1023 | Debtor |

(E) **DSO Claims in equal installments.** Pay pre-petition domestic support obligation arrears (not provided for elsewhere in the plan) in full in equal monthly installments over the life of the plan, estimated as:

| CREDITOR NAME | TOTAL AMOUNT DUE | INTEREST RATE |
|---|---|---|
| | | |

3.4   **Attorney Fees**. Pay Debtor's attorney $_2400_____ in equal monthly payments over ____18____ months (no less than 18 months). Any additional fees allowed by the Court shall be paid pursuant to paragraph 3.6 below. [See procedures manual for limitations on use of this paragraph]

3.5   **Pay the following sub-paragraphs concurrently**:

(A) **Pre-petition arrears on secured claims paid in paragraph 3.3**. Pay pre-petition arrearage on debts paid under paragraphs 3.3(C) or (D) in equal monthly installments over the period set forth below and with the interest rate identified below, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD | INTEREST |
|---|---|---|---|
| | | | |

3

| | | | | RATE |
|---|---|---|---|---|
| Selene Finance | $24,000 | | 48 months | 0% |

(B) **Secured claims to be paid in full**. The following claims shall be paid in full in equal monthly payments over the period set forth below with 6.25% interest:

| CREDITOR | EST BALANCE DUE | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|
| | | 60 months | |

(C) **Secured claims subject to modification**. Pay all other secured claims the fair market value of the collateral, as of the date the petition was filed, in equal monthly payments over the period set forth below with 6.25% interest and with any balance of the debt to be paid as non-priority unsecured debt under paragraph 3.9(A), estimated as set forth below.  If no period is set forth below for a claim to be paid under this paragraph, the claim will be paid over the plan length.

| CREDITOR | BALANCE DUE | FMV | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|---|
| Credit Acceptance | $9,500 | $4,365 | 60 months | $5,129 |

(D) **Co-debtor debt paid in equal monthly installments**. The following co-debtor claims(s) to be paid by Trustee or by the co-debtor as noted below.  If paid by Trustee, such claim(s) shall be paid in equal monthly installments over the period and with interest as identified below:

| CREDITOR | EST BALANCE | TRUSTEE/CO-DEBTOR | PERIOD | INTEREST RATE |
|---|---|---|---|---|
| | | | | |

(E) **Post Petition Fees and Costs**.  Pay any post-petition fees and costs as identified in a notice filed pursuant to Federal Rule of Bankruptcy Procedure 3002.1 as a supplement to an allowed claim or any other post-petition fees and costs which the Court allows and orders the Trustee to pay. Any such amounts shall be paid in equal monthly payments over the remainder of the plan duration and shall not receive interest.

3.6     **Additional Attorney Fees**.  Pay $2400 of Debtor's attorney's fees and any additional Debtor's attorney's fees allowed by the Court.

3.7     **Pay sub-paragraphs concurrently**:

(A) **Unsecured Co-debtor Guaranteed Claims**. The following unsecured co-debtor guaranteed debt to be paid by Trustee or by the co-debtor as noted below.  If paid by

4

Trustee, pay claim in full with interest rate as identified below:

CREDITOR NAME      EST TOTAL DUE       TRUSTEE/CO-DEBTOR       INTEREST RATE

(B) **Assigned DSO Claims**. Domestic support obligation arrearages assigned to, or recoverable by, a governmental unit, will be paid a fixed amount with the balance to be owed by Debtor(s) after completion of the Plan, pursuant to §§ 507(a)(1)(B) and 1322(a)(4). Regular payments that become due after filing shall be paid **directly** by Debtor(s):

CREDITOR            TOTAL DUE           TOTAL AMOUNT PAID BY TRUSTEE

3.8     **Priority Claims.** Pay priority claims allowed under § 507 that are not addressed elsewhere in the plan in full, estimated as follows:

CREDITOR NAME                TOTAL AMOUNT DUE

3.9     **Pay the following sub-paragraphs concurrently**:

(A) **General Unsecured Claims**. Pay non-priority, unsecured creditors. Estimated total owed: $239,822. Amount required to be paid to non-priority unsecured creditors as determined by §1325(a)(4) hypothetical Chapter 7 liquidation calculation: $_____0_____. Amount required to be paid to nonpriority unsecured creditors as determined by §1325(b) calculation: $___0_____. Debtor guarantees a minimum of **$___0___** (Dollar amount or 100%) will be paid to non-priority unsecured creditors.

(B) **Surrender of Collateral**. Debtor proposes to surrender the following collateral to the following creditor(s). (Choose one).
  ☐ Any deficiency shall be paid as non-priority unsecured debt.
  ☐ The Trustee shall stop payment on the creditor's claim until such time as the creditor files an amended claim showing the secured and unsecured deficiency (if any) still owed after sale of the surrendered collateral.

CREDITOR              COLLATERAL

(C) **Rejected Executory Contracts/Leases.** Debtor rejects the following executory contract(s) with the following creditor(s). Any balance will be paid as non-priority unsecured debt:

CREDITOR              CONTRACT/LEASE

**Part 4.         OTHER STANDARD PLAN PROVISIONS**

5

4.1     Absent a specific order of the Court to the contrary, the Chapter 13 Trustee, rather than the Debtor, will make all pre-confirmation disbursements pursuant to § 1326(a).

4.2     All creditors entitled to pre-confirmation disbursements, including lease creditors, must file a proof of claim to be entitled to receive payments from the Chapter 13 Trustee.

4.3     The proof of claim shall control the valuation of collateral and any valuation stated in the plan shall not be binding on the creditor.

4.4     The Trustee, in the Trustee's sole discretion, may determine to reserve funds for payment to any creditor secured by a mortgage on real estate pending filing of a claim.

4.5     Any post-petition claims filed and allowed under § 1305 may be paid through the plan.

4.6     Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the protection of life, health or property and consent cannot be obtained readily.

4.7     All secured creditors shall retain the liens securing their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under § 1328. However, Debtor will request avoidance of non-purchase money liens secured by consumer goods as well as judicial liens which impair exemptions and said creditors will not retain their liens if the court enters an order granting Debtor's request to avoid the liens.

4.8     Any pledged credit union shares or certificates of deposit held by any bank shall be applied to the amount owed such claimant.

**Part 5.        NONSTANDARD PLAN PROVISIONS**

Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.

**The following plan provisions will be effective only if there is a check in the box "included" in Part 1 of this Plan:**

**5.1     \_\_\_\_Debtor will notify the Trustee of any settlements that exceed the exemptions and a liquidation analysis can be performed at that time._____**
_____

**5.2**

6

**Part 6.**     **VESTING OF PROPERTY OF THE ESTATE**

6.1     Title to Debtor's property shall re-vest in Debtor(s) upon confirmation.

**Part 7.**     **CERTIFICATION**

**The debtor(s) and debtor(s) attorney, if any, certifies that the wording and order of the provisions in this Plan are identical to those contained in Official Local Form 13 of the Eastern District of Missouri, other than any Nonstandard Plan Provisions in Part 5.**

DATE: __1/11/2019_      DEBTOR: /s/ Jacqueline Whitfield

DATE: __1/11/2019      __/s/ Andrew Kirkwood Smith____
                                                Andrew Kirkwood Smith 61641MO
                                                Attorney for Debtor
                                                26A North Central Avenue
                                                Clayton, MO 63105
                                                Phone: 314-740-2989     Fax: 314-781-2695
                                                aksmithlaw@gmail.com

*Certificate of Service*

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on January 11, 2019.

Diana Daugherty
Chapter 13 Trustee
PO Box 430908
St. Louis, MO  63143

 Office of the United States Trustee
111 South 10th Street
Suite 6.353
St. Louis, MO 63102

American First Finance
PO Box 565848
Dallas, TX 75356

American Home Shield
PO Box 2803
Memphis, TN 38101

American Profit Recovery
34405 W 12 Mile Road, Suite 379
Farmington, MI 48331

Atlas Restoration
820 Sun Park Drive
Fenton, MO 63026

ATT
PO Box 10330
Fort Wayne, IN 46851

Bank of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062

Barnes Jewish Hospital
PO Box 954540
Saint Louis, MO 63195

BJC Healthcare
PO Box 958410
Saint Louis, MO 63195

Cap One
Po Box 30253
Salt Lake City, UT 84130

Charter Communications
PO Box 790086
Saint Louis, MO 63179

Citibank Usa
Citicorp Credit Services/Attn:Centralize
Po Box 20507
Kansas City, MO 64195

Collector of Revenue Water Department
1200 Market Street
Saint Louis, MO 63103

Comenity Bank/womnwthn
4590 E Broad St
Columbus, OH 43213

Comprehensive Path Services
PO Box 842049
Kansas City, MO 64184

Consumer Collection Management
PO Box 1839
Maryland Heights, MO 63043

Convergent Outsourcing
PO Box 9004
Renton, WA 98057

Credit Acceptance
Po Box 513
Southfield, MI 48037

Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459

Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007

Cybrcollect Inc (Returned Check Gateway)
3 Easton Oval Ste 210
Columbus, OH 43219

Diversified Consultant (ATT)
P O Box 551268
Jacksonville, FL 32255

Eastern Account System (Spectrum)
75 Glen Rd Ste 310

Sandy Hook, CT 06482

Enhanced Recovery Co L (Directv)
8014 Bayberry Rd
Jacksonville, FL 32256

Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106

Geico
One Geico Plaza
Bethesda, MD 20810

Gregory Daly Collector
1200 Market Street, Room 110
Saint Louis, MO 63103

Hsbc / Aib
6602 Convoy Court
San Diego, CA 92111

Hsbc Bank
95 Washington Street
Buffalo, NY 14203

Hsbc Mortgage Corp Usa
2929 Walden Ave
Depew, NY 14043

LCA Collections
PO BOx 2240
Burlington, NC 27216

Loancare Servicing Ctr
3637 Sentara Way
Virginia Beach, VA 23452

Mca Mgmnt Co (Total Access)
Po Box 480
High Ridge, MO 63049

Medical Revenue Services
PO Box 938
Vero Beach, FL 32961

Missouri Payday Loans
3717 S Kingshighway Blvd
Saint Louis, MO 63109

Mohela
633 Spirit Dr
Chesterfield, MO 63005

MSD
PO Box 437
Saint Louis, MO 63166

Navient
PO Box 9430
Wilkes Barre, PA 18773

Paramount Recovery (SSM)
Attn: Bankruptcy
Po Box 788
Lorina, TX 76655

Payliance
Po Box 1145
La Crosse, WI 54601

Pioneer Credit
20 Parker Lane
Perry, NY 14530

PNC Bank
PO Box 2155
Rocky Mount, NC 27802

Progressive FInancial Services
PO Box 22083
Tempe, AZ 85285

Sallie Mae
Attn: Claims Department
Po Box 9500
Wilkes-Barre, PA 18773

Sams Club / GEMB
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076

Saxon Mortgage Service
Po Box 161489
Fort Worth, TX 76161

Saxon Mtg

9

3701 Regent Blvd
Irving, TX 75063

Selene Finance LP
9990 Richmond Avenue
Suite 400 South
Houston, TX 77042

Source Receivables Mng (Sprint)
4615 Dundas Dr Ste 102
Greensboro, NC 27407

Sprint
PO Box 660075
Dallas, TX 75266

SRA Associates (Wells Fargo)
PO Box 4115
Concord, CA 94524

Stlpolice Cu
1200 Clark St
St Louis, MO 63103

Sun Loan Company
9855 St Charles Ro
Saint Ann, MO 63074

Syncb/sams Club
Po Box 965005
Orlando, FL 32896

Td Auto Finance
Po Box 9223
Farmington Hills, MI 48333

Terminix
PO Box 742592
Cincinnati, OH 45274

TMobile
PO Box 742596
Cincinnati, OH 45274

Total Access Urgent Care
6900 Chippewa St
Saint Louis, MO 63109

TruGreen
PO Box 9001128
Louisville, KY 40290

Washngton Un
7425 Forsyth Blvd
St Louis, MO 63105

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

Westside Surgical
5120 Woodway Drive, Suite 7012
Houston, TX 77056

Wfs Financial/Wachovia Dealer Srvs
Po Box 3569
Rancho Cucamonga, CA 91729

/s/ Andrew Smith
Andrew Smith

1